IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lively, Ronald A
Lively, Tracy M
Printed: 7/1/08

Case Number: 05 B 15138
Judge: Hollis, Pamela S
Filed: 4/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 30, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,530.00 |  |
| Secured: |  | 11,369.89 |
| Unsecured: |  | 756.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 814.12 |
| Other Funds: |  | 4,695.11 |
| Totals: | 19,530.00 | 19,530.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,894.00 | 1,894.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 11,369.89 | 11,369.89 |
| 4. | Charming Shoppes-Fashion Bug | Unsecured | 82.14 | 82.14 |
| 5. | Midland Credit Management | Unsecured | 81.51 | 81.51 |
| 6. | Discover Financial Services | Unsecured | 593.23 | 593.23 |
| 7. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 8. | Mages & Price | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,020.77 | $ 14,020.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 35.40 |
| 5.5% | 146.03 |
| 5% | 44.25 |
| 4.8% | 84.96 |
| 5.4% | 191.16 |
| 6.5% | 312.32 |
| | _____ |
| | $ 814.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lively, Ronald A<br>Lively, Tracy M<br>Printed: 7/1/08 | Case Number:  05 B 15138<br>Judge:  Hollis, Pamela S<br>Filed:  4/19/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

